PARNELL v. HARTSELL, HARTSELL & WHITE, P.A.

No. 160P00

Case below: 136 N.C.App. 848

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 May 2000.

PIEDMONT TRIAD REG'L WATER AUTH. v. SUMNER HILLS, INC.

No. 86PA00

Case below: 136 N.C.App. 425

Petition by defendant (Sumner Hills, Inc.) for discretionary review pursuant to G.S. 7A-31 allowed 15 June 2000. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 15 June 2000.

POPKIN BROS. ENTERS. v. BOARD OF ADJUST.
OF JACKSONVILLE

No. 172P00

Case below: 137 N.C.App. 177

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

RUFF v. PAREX, INC.

No. 385P99

Case below: 131 N.C.App. 534

Petition by defendant (United States Gypsum Co.) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 23 May 2000. Petition by defendant (United States Gypsum Co.) for writ of supersedeas dismissed as moot 23 May 2000. Petition by defendant (W.R. Bonsal) for writ of supersedeas dismissed as moot 23 May 2000. Petition by defendant (W.R. Bonsal) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 23 May 2000. Petition by defendants (Parex, Inc., Sto Corp., Continental Stucco Products, Dryvit Systems, Inc.) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 23 May 2000. Petition by (Parex, Inc., Sto Corp., Continental Stucco Products, Dryvit Systems, Inc.) for writ of supersedeas dismissed as moot 23 May 2000.